IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| ROBERT HARVIE PAYNE, ) | C/A No.: 6:12-343 DCN |
| Plaintiff, ) | |
| -vs- ) | **ORDER** |
| DESANTO; CHAS CO; OTHER ) SIMILARLY SITUATED PERSONS, ) | |
| Defendants. ) | |

This matter is before the court upon Motion to Dismiss by plaintiff Robert Harvie Payne. This motion was filed on March 6, 2012.

**IT IS THEREFORE ORDERED,** that Motion to Dismiss by plaintiff Robert Harvie Payne is hereby **GRANTED**.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

March 7, 2012
Charleston, South Carolina